UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | 1:20-mj-00077-JCN |
| ) | |
| ANTHONY MORALES,    ) | |
| ) | |
| Defendant    ) | |

### ORDER OF TEMPORARY DETENTION

Defendant appeared before the Court telephonically on April 16, 2020, for an initial appearance on a Petition to Revoke Supervised Release filed on November 26, 2019, in the Southern District of New York. The Court informed Defendant of his rights to a preliminary hearing and requested a preliminary hearing. The parties agreed to schedule the hearing for April 22, 2020.

Accordingly, it is hereby

ORDERED that Defendant be, and hereby is, temporarily detained without bail pursuant to 18 U.S.C. § 3142(f); and it is further

ORDERED that Defendant shall next appear before this Court telephonically on April 22, 2020, at 9:30 a.m. for a preliminary hearing as well as any other matters ordered by this Court.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 16th day of April, 2020.